IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH R. WILSON                                              PETITIONER

v.                              5:05CV00230 JLH-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                     RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo.* The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE